**Jason VANN, Plaintiff-Appellant,**

v.

**Barbara MEAD, Medical Staff Supervisor, Defendant-Appellee,**

and

**Rappahannock Regional Jail, Defendant.**

No. 17-6905

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 27, 2017

Jason Vann, Appellant Pro Se. Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Vann seeks to appeal the district court's order denying his motion for appointment of counsel. Barbara Mead has moved to dismiss the appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Vann seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Mead's motion to dismiss and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*